05-19-00410-CV

401-04354-2013

FILED IN
COURT OF APPEALS

JUN 14 2019

LISA MATZ
CLERK, 5th DISTRICT

STACY D HOWARD
VS.
JACK V LOWERY AND GARRY
DAVIS

IN THE DISTRICT COURT
401ST JUDICIAL DISTRICT
COLLIN COUNTY, TEXAS

## ORDER

On June 14, 2019, the Court reviewed plaintiff's motion for discovery sanctions. Motion is hereby DENIED and OVERRULED. However, this does not preclude plaintiff from raising the issue by affidavit by the date of the pre-trial.

IT IS THEREFORE ORDERED AND DECREED, that the motion for discovery sanctions is denied.

SIGNED this 14th day of June, 2019.

JUDGE PRESIDING